**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00297-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC SHAWN COPELAND,

    Defendant.

---

**MINUTE ORDER**[1]

---

By **3:30 p.m.** today, September 29, 2011, the government shall file a response to **Defendant's Motion To Continue and Reset Status Conference and Trial (Related To Docs. #25 and #26)** [#27][2] filed September 28, 2011.

Dated: September 29, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.