# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  11-cr-00297-REB-01 |
| ERIC SHAWN COPELAND | USM Number:  37863-013 |
| | Boston H. Stanton, Jr.<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1-6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 08/15/14 |
| 2 | Failure to Follow the Instructions of the Probation Officer | 08/18/14 |
| 3 | Failure to Reside In/Comply With Rules of the Residential Reentry Center | 08/18/14 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 2, 2015
Date of Imposition of Judgment

**s/ Robert E. Blackburn**
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

**April 7, 2015**
Date

DEFENDANT:  ERIC SHAWN COPELAND
CASE NUMBER:  11-cr-00297-REB-01                                                                  Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Possession and Use of a Controlled Substance | 08/13/14 |
| 5 | Possession and Use of a Controlled Substance | 08/18/14 |
| 6 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 09/15/14 |

DEFENDANT: ERIC SHAWN COPELAND
CASE NUMBER: 11-cr-00297-REB-01                                                                              Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months plus one (1) day to be served consecutively to any sentence imposed previously in any state or federal court, including Arapahoe County District Court Case No. 2011CR1118.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal